# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

Salvatore Juliano Sowell,

        Plaintiff,                      Case No. 2:26-cv-299
                                       District Judge James L. Graham
        v.                         Magistrate Judge S. Courter M. Shimeall

The State of Ohio, et al.,

        Defendants.

<u>Order</u>

This matter is before the Court on the Magistrate Judge's March 23, 2026 Report and Recommendation. The Magistrate Judge recommended that plaintiff's motion for leave to proceed *in forma pauperis* be denied because plaintiff is a "three-striker" who has not shown that he was under imminent danger of serious physical injury when he filed his complaint. *See* 28 U.S.C. § 1915(g).

Plaintiff has not objected to the Report and Recommendation. Upon review, the Court agrees with the Magistrate Judge and thus ADOPTS the Report and Recommendation (Doc. 3). Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 1) is DENIED. Plaintiff is ORDERED to pay the full $405 filing fee ($350 filing fee, plus $55 administrative fee) required to commence this action WITHIN THIRTY DAYS of the date of this Order. The Court advises plaintiff that a failure to timely pay the full $405 fee within thirty days will result in the dismissal of this action.

The Court CERTIFIES pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith.

                                      <u>s/ James L. Graham</u>
                                        JAMES L. GRAHAM
DATE: April 20, 2026                      United States District Judge